IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
FEB 16 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PAULA A. POWELL,

    Plaintiff,

v.

                          CASE NO. 2:11cv305

FX ACQUISITION, LLC.

    Defendant,

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **GRANTS** Defendant's Motion for Summary Judgment.

DATED: February 15, 2012

                                        FERNANDO GALINDO
                                        Clerk of Court

                                              /s/
                                       By _____
                                                Brad Newell
                                                Deputy Clerk